IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PABLO HERNANDEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>GRACIE MUSE LLC, GRACIE-MUSE RESTAURANT CORP., STEVE KREATSOULAS, and MIHAIL KREATSOULAS, Jointly and Severally,<br><br>Defendants. | 21-cv-06019 (JPO) |

**AFFIDAVIT OF BRENT E. PELTON IN SUPPORT OF PLAINTIFF'S MOTION FOR APPROVAL OF FLSA SETTLEMENT**

I, Brent E. Pelton, declare as follows:

1.  I am an attorney admitted before this Court. I am a member of the firm of Pelton Graham LLC ("Pelton Graham") in New York, New York, Plaintiff's Counsel herein.

2.  I am one of the lawyers primarily responsible for the prosecution of Plaintiff's claims against Defendants in the following action: *Pablo Hernandez v. Gracie Muse LLC, et al.*, Civil Action No. 21-cv-06019 (JPO) (hereinafter referred to as the "Action").

3.  I make these statements based on personal knowledge and would so testify if called as a witness at trial.

**The Settlement Agreement**

4.  After an exchange of documents and a damages computation spreadsheet, as well as several rounds of settlement discussions with Defendants' counsel and discussions with Plaintiff regarding the contents of the same, the Parties ultimately agreed to reach a settlement of Plaintiff's claims for the total amount of $17,500.00, consistent with the payment plan as stated in the

annexed Settlement Agreement (the "Settlement Agreement"), attached hereto as **Exhibit A**, and pending the Court's approval of the Parties' Motion for Approval of the Settlement Agreement.

5. The Settlement Agreement constitutes the final agreement terms agreed to upon the Parties, and there are no other agreements or settlements to resolve Plaintiff's claims in this Action, including agreements as to attorneys' fees or any other payments.

**Plaintiff's Damages Computation**

6. In furtherance of the Parties' settlement negotiations, my office calculated Plaintiff's estimated damages based on Plaintiff's best recollection of the hours he worked, and the wages he received, which were in part confirmed by Defendants' pay records. Plaintiff believes that the calculations were reasonable and modest and based on a conservative average number of hours he typically worked per week.

7. In total, Plaintiff's damages analysis calculated $36,048.08 in damages, including $1,500.00 in unpaid minimum wage, $8,182.50 in unpaid overtime premiums, $1,740.00 in unpaid spread of hours premiums, $10,000.00 in wage notice and wage statement damages, $11,422.50 in liquidated damages (i.e., 100% of the unpaid wages) and $3,203.08 in prejudgment interest on the NYLL claims. A copy of the damages computation spreadsheet is attached hereto as **Exhibit B**.

8. Plaintiff's unpaid minimum wage damages were computed by calculating the hours for which Plaintiff alleged to have not received payment at all, specifically during the Covid-19 pandemic, on account of not being able to clock in and out and only being paid for scheduled hours. Likewise, Plaintiff's approximate overtime wages owed were calculated by multiplying Plaintiff's overtime premiums (0.5 times Plaintiff's wage rate(s)) and multiplying these rates by the average number of hours worked over forty (40) per week. Spread-of-hours damages were

calculated for an average number of shifts per week in which Plaintiff worked shifts in excess of ten (10) hours.

**Plaintiff's Counsel's Fees and Costs**

9. To date, our firm's efforts in litigating and settling this action have been without compensation.

10. Plaintiffs agreed upon retaining Pelton Graham LLC to attorneys' fees of up to one-third (1/3) of the total settlement amount and reimbursement for costs, and accepted the Settlement Agreement Amount with the understanding that this balance includes attorney's fees and costs.

11. I am a partner with Pelton Graham LLC. I graduated from Northwestern School of Law at Lewis and Clark College and has approximately sixteen (16) years of experience practicing within the Southern and Eastern districts of New York and the New York State court system, and significant experience litigating Fair Labor Standards Act and New York Labor Law unpaid wages lawsuits, including serving as lead counsel on two (2) multi-plaintiff federal wage and hour jury trials. I am a member of NELA and NELA's New York Chapter. I was nominated as a Super Lawyer – Rising Star for the New York Metro area in the practice area of Employment Litigation in 2013 and a Super Lawyer for the New York Metro area in 2014 through 2020. I am frequently contacted by the media and the press to discuss current employment law related issues, and have served as a panelist on several CLE seminars on the topic of employment litigation. I am also admitted to practice in the State of California. My hourly billable rate is $450.00.

12. Taylor B. Graham, Esq., a Partner at Pelton Graham, has been with the firm since May 2009. Mr. Graham received a J.D. from Fordham University School of Law in 2011, where he was an Irving R. Kaufman Scholarship recipient and earned the Archibald R. Murray Public Service Award. Mr. Graham has been nominated as a Super Lawyer – Rising Star for the New York Metro Area in the area of Employment Litigation for 2016 through 2020 and is a member of

the NELA, NELA's New York Chapter, CELA, and the American Bar Association Labor and Employment Law Section. He has substantial federal wage and hour multi-plaintiff trial and appellate experience, and is admitted to practice in the States of New York, New Jersey, and California, and the Southern, Eastern, Western, and Northern Districts of New York. Mr. Graham's hourly billable rate is $350.00.

13. Joanne M. Albertsen is an associate with Pelton Graham who has worked for the firm since August 2013. Ms. Albertsen graduated from New York University School of Law in 2010 and is admitted to practice in the States of New York and Oregon and the Eastern and Southern Districts of New York. Ms. Albertsen clerked for two federal magistrate judges in New York after law school before joining Pelton Graham. Ms. Albertsen has been nominated as a Super Lawyer – Rising Star for the New York Metro Area in the area of Labor & Employment since 2017. Ms. Albertsen's hourly billable rate is $300.

14. Belinda Herazo is a bilingual paralegal with Pelton Graham who has worked for the firm since August 2013. Ms. Herazo is a licensed attorney in Colombia who practiced for nearly ten (10) years prior to coming to the United States. Ms. Herazo's hourly rate is $175.00.

15. Pelton Graham routinely litigates against a number of the largest and best capitalized employment defense firms in the nation and relies on a small number of resolutions to continue to represent primarily low-income individuals in employment rights litigation.

16. Based on our firm's extensive experience in precisely this type of litigation and our thorough familiarity with the factual and legal issues in this case, we have reached the firm conclusion that the proposed Settlement is clearly in the best interests of the Parties given the risks associated with continued litigation and the disputes amongst the Parties as to Plaintiff' claims and Defendants' liability and alleged financial hardship.

17. To date, we have spent approximately 44 hours in prosecuting and settling this matter and we anticipate expending more time after the date of this affidavit in administering the settlement approval and payout process.

18. The hours reported are reasonable for obtaining an early resolution in a single-plaintiff wage and hour matter, and were compiled from contemporaneous time records maintained by each attorney and paralegal participating in this case. A copy of Pelton Graham's contemporaneous time records for this matter are attached hereto as **Exhibit C** and a copy of Pelton Graham's record of litigation costs is attached as **Exhibit D**.

I declare under penalty of perjury, under 28 U.S.C.§1746, that the foregoing is true and correct.

Executed this 14th day of October, 2021.
New York, New York

                                               /s/ Brent E. Pelton
                                               Brent E. Pelton

                                               **PELTON GRAHAM LLC**
                                               111 Broadway, Suite 1503
                                               New York, NY 10006
                                               Telephone: (212) 385-9700
                                               Facsimile: (212) 385-0800
                                               Email: pelton@peltongraham.com

                                               *Attorneys for Plaintiff*